# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3456

_____

United States of America

*Plaintiff - Appellee*

v.

Russell L. Ford

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 7, 2014
Filed: July 10, 2011
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Russell Ford pleaded guilty to one count of failing to register as a sex offender and was sentenced by the District Court[1] to eighteen months in prison. Ford then

_____

[1] The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

initiated a direct criminal appeal, and his counsel filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), and moved to withdraw. Ford thereafter filed a pro se motion to dismiss his appeal. We now grant Ford's motion, and we dismiss this appeal. <u>See</u> Fed. R. App. P. 42(b). In addition, we grant counsel's motion to withdraw.

—————————————————————